JS-6

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4830
Facsimile: (415) 744-0134
Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JESSE RAY WHITE,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 5:26-cv-01728-CTS

~~[PROPOSED]~~ JUDGMENT OF REMAND

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 10/1/2026

HON. CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE